HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MARTIN BAHRAMI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00045-LJO-SKO-6 |
| Plaintiff, | |
| vs. | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE FOR DEFENDANT; ORDER THEREON** |
| MARTIN BAHRAMI, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Defendant, Martin Bahrami, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Defendant lives in Turlock, California, and is a full-time student.  It is a hardship for Defendant to travel to Fresno for court appearances.  Defendant understands that he will need to be present at any hearing involving any substantive issue.  Defendant respectfully requests that

the Court waive his appearance at all non-substantive hearings, including the August 3, 2015 status conference.

DATED: July 22, 2015   */s/ Martin Bahrami*
Martin Bahrami
[Original Signature in File]

DATED: July 22, 2015   */s/ Megan T. Hopkins*
Megan T. Hopkins
Assistant Federal Defender
Attorney for Defendant
Martin Bahrami

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated: **July 25, 2015**   **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE