1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   MARTIN BAHRAMI

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,           ) Case No.  1:15-cr-00045-LJO-BAM-6
11                                     )
                  Plaintiff,           ) **STIPULATION TO CONTINUE STATUS**
12                                     ) **CONFERENCE; ORDER THEREON**
   vs.                                 )
13                                     ) Date:  July 18, 2016
   MARTIN BAHRAMI,                     ) Time:  8:30 a.m.
14                                     ) Judge: Honorable Lawrence J. O'Neill
                  Defendant.           )
15                                     )
                                       )
16

17        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18 respective attorneys of record, that the status conference set for Monday, May 2, 2016 at 8:30

19 a.m. before the Honorable Lawrence J. O'Neill be continued to Monday, July 18, 2016 at 8:30

20 a.m.

21        The parties intend to trail sentencing in this matter until the case resolves as to the co-

22 defendants, who are scheduled to set trial at a separate status conference in June, 2016.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: April 28, 2016        */s/ Megan T. Hopkins*
                             MEGAN T. HOPKINS
                             Assistant Federal Defender
                             Attorney for Defendant
                             MARTIN BAHRAMI


                             BENJAMIN B. WAGNER
                             United States Attorney


DATED: April 28, 2016        */s/ Henry Z. Carbajal III*
                             HENRY Z. CARBAJAL
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

## O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the status conference set for Monday, May 2, 2016 at 8:30 a.m. before the Honorable Lawrence J. O'Neill be continued to Monday, July 18, 2016 at 8:30 a.m.

IT IS SO ORDERED.

   Dated:   **April 28, 2016**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE