PHILLIP A. TALBERT
Acting United States Attorney
HENRY Z. CARBAJAL III
CHRISTOPHER D. BAKER
PATRICK R. DELAHUNTY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  1:15-CR-00045 LJO-BAM |
| Plaintiff, | |
| v. | APPLICATION AND ORDER REGARDING FINANICAL DISCLOSURES |
| MARTIN BAHRAMI, | |
| Defendant. | |

On November 16, 2015, the Defendant herein, MARTIN BAHRAMI, entered guilty pleas to Counts Eight and Nine of the Superseding Indictment, which charges him with Making False Statements to a Bank, in violation of 18 U.S.C. § 1014.

As part of his Plea Agreement with the United States, the Defendant agreed to make full and complete disclosure of his assets and financial condition, including among other things certain assets if any that have been transferred to third parties, and to complete the United States Attorney's Office's "Authorization to Release Information" and "Financial Statement Pre-Sentencing Disclosure"

(Financial Affidavit) within forty-five (45) days from the entry of Defendant's change of plea (see Doc. no. 90, ¶3(l)).  Thus, Defendant's time to comply with his obligations under paragraph 3(l) of the Plea Agreement was January 1, 2016.

Accordingly, the United States hereby applies for entry of an order as follows:

1. The Defendant herein, MARTIN BAHRAMI, is ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information," and provide those forms to the United States Attorney's Office, Attention FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721, and also comply with the other obligations set forth in paragraph 3(l) of the Plea Agreement, no later than seven (7) days after entry of this Order.

Dated:  May 10, 2016

PHILLIP A. TALBERT
Acting United States Attorney

  /s/ Christopher D. Baker
HENRY Z. CARBAJAL III
CHRISTOPHER D. BAKER
PATRICK R. DELAHUNTY
Assistant U.S. Attorneys

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO.  1:15-CR-00045 LJO-BAM |
| Plaintiff, | ) |
| v. | ) ORDER REGARDING FINANCIAL <br> ) DISCLOSURES |
| MARTIN BAHRAMI, | ) |
| Defendant. | ) |

The Defendant herein, MARTIN BAHRAMI, is ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information," and provide those forms to the United States Attorney's Office, Attention FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721, and also comply with the other obligations set forth in paragraph 3(l) of the Plea Agreement, no later than seven (7) days after entry of this Order.

IT IS SO ORDERED.

Dated:   **May 12, 2016**              /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE