PHILLIP A. TALBERT
Acting United States Attorney
PATRICK R. DELAHUNTY
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JYOTESHNA KARAN, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 1:15-cr-0045- LJO<br><br>STIPULATION TO SET SENTENCING HEARING DATE AND VACATE STATUS CONFERENCE<br><br>DATE:　　July 18, 2016<br>TIME:　　8:30 a.m.<br>JUDGE:　 Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant Martin Bahrami entered a guilty plea on November 11, 2015. ECF No. 94. A status conference was set for July 18, 2016 at 8:30 a.m., which would address a sentencing date for the defendant. *See* ECF No. 123. Jury trial for the remaining defendants is set for June 13, 2017.

2. By this stipulation, the parties move to (a) set the date of a sentencing hearing for Mr. Bahrami on **July 24, 2017 at 8:30 a.m.** and (b) vacate the status conference set for July 18, 2016 at 8:30 a.m.

1

3. The parties stipulate and request a sentencing hearing for Mr. Bahrami on **July 24, 2017** at 8:30 a.m. to allow him to fulfill any remaining obligations in his plea agreement.

IT IS SO STIPULATED.

DATED: July 14, 2016

/s/ Patrick R. Delahunty
PATRICK R. DELAHUNTY
Assistant United States Attorney

DATED: July 14, 2016

/s/Megan T. Hopkins
MEGAN T. HOPKINS, ESQ.
Counsel for Defendant
MARTIN BAHRAMI

**O R D E R**

IT IS SO FOUND AND ORDERED, good cause having been established, that (a) the sentencing hearing for Mr. Bahrami is set for **July 24, 2017 at 8:30 a.m.** and (b) the status conference set for July 18, 2016 at 8:30 a.m. is vacated.

Dated: July 14, 2016                                          /s/ Lawrence J. O'Neill
                                                              HON. LAWRENCE J. O'NEILL
                                                              UNITED STATES DISTRICT JUDGE

2