1  PHILLIP A. TALBERT
   Acting United States Attorney
2  CHRISTOPHER D. BAKER
   PATRICK R. DELAHUNTY
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone:  (559) 497-4000
5  Facsimile:   (559) 497-4099

6  Attorneys for Plaintiff
   United States of America
7

8          IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  1:15-CR-00045-LJO-BAM

12                  Plaintiff,             PRELIMINARY ORDER OF FORFEITURE

13          v.

14 MARTIN BAHRAMI,

15                  Defendant.

16

17     Based upon the plea agreement entered into between United States of America and defendant

18 Martin Bahrami, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

19     1.     Pursuant to 18 U.S.C. § 982(a)(2)(A), defendant Martin Bahrami's interest in the

20 following property shall be condemned and forfeited to the United States of according to law:

21         a. Real Property located at 2208 Giant Oak Lane, Ceres, Stanislaus County
              California, APN: 069-036-067-000, and more fully described as follows:
22
              Lot 1, Block 6764, as shown on the Map of "Pinehurst South Unit No. 2" filed for
23            record February 25, 2005, in Book 42 of Maps at Page 21 (Instrument #2005-
              0032548), in the official records of Stanislaus County, California,
24
              and,
25
           b. A personal forfeiture money judgment against Martin Bahrami in the amount of
26            $319,085.06.

27

28

PRELIMINARY ORDER OF FORFEITURE                    1

2. The above-listed assets constitute property derived from or is property that constitutes the proceeds the defendant obtained directly or indirectly, as the result of a violation of 18 U.S.C. § 1014, False Statements to Bank.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the United States Marshals Service in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 982(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(2)(A), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **October 13, 2016**          /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE