| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | MARTIN BAHRAMI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:15-cr-00045-LJO |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| | ) **SENTENCING HEARING; ORDER** |
| vs. | ) **THEREON** |
| | ) |
| MARTIN BAHRAMI, | ) Date: January 16, 2018 |
| | ) Time: 8:30 a.m. |
| Defendant. | ) Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Monday, July 24, 2017 at 8:30 a.m., before the Honorable Lawrence J. O'Neill, be continued to Tuesday, January 16, 2018 at 8:30 a.m.

The parties wish to trail sentencing in this matter until the case resolves as to the co-defendants, who are scheduled for a trial beginning on December 11, 2017 following a recent continuance in the matter.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: May 9, 2017  */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
MARTIN BAHRAMI

PHILLIP A. TALBERT
United States Attorney

DATED: May 9, 2017  */s/ Christopher Baker*
CHRISTOPHER BAKER
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, July 24, 2017 at 8:30 a.m. before the Honorable Lawrence J. O'Neill be continued to Tuesday, January 16, 2018 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **May 9, 2017**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE