| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | MARTIN BAHRAMI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:15-cr-0045-LJO |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| | ) **SENTENCING; ORDER THEREON** |
| vs. | ) |
| | ) Date: June 18, 2018 |
| MARTIN BAHRAMI, | ) Time: 8:30 a.m. |
| | ) Judge: Hon. Lawrence J. O'Neill |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, Assistant United States Attorney, CHRISTPHER BAKER, counsel for plaintiff and Assistant Federal Defender, MEGAN T. HOPKINS, counsel for defendant, that the sentencing hearing set for January 16, 2018, be continued to June 18, 2018 at 8:30 a.m.

Sentencing in this matter has been trailing the trial schedule for co-defendants since Mr. Bahrami's change of plea on November 16, 2015. The trial schedule for the co-defendants was recently continued out to January 29, 2019, and therefore the parties prefer to continue sentencing to a date in closer proximity to trial. Defense counsel will utilize the additional time for further investigation and corroboration of mitigating circumstances relevant to a sentencing determination in this case.

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: December 14, 2017

*/s/ Megan T. Hopkins*
Megan T. Hopkins
Assistant Federal Defender
Attorney for Defendant
Martin Bahrami

PHILLIP A. TALBERT
United States Attorney

DATED: December 14, 2017

*/s/ Christopher Baker*
CHRISTOPHER BAKER
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated: **December 14, 2017**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE