| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
MARTIN BAHRAMI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-0045-LJO |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER THEREON** |
| vs. | Date: March 18, 2019 |
| MARTIN BAHRAMI, | Time: 8:30 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, Assistant United States Attorney, HENRY CARBAJAL, counsel for plaintiff and Assistant Federal Defender, MEGAN T. HOPKINS, counsel for defendant, that the sentencing hearing set for June 18, 2018, be continued to March 18, 2019 at 8:30 a.m.

Sentencing in this matter has been trailing the trial schedule for co-defendants since Mr. Bahrami's change of plea on November 16, 2015. Trial is currently set for the co-defendants to begin on January 29, 2019, and therefore the parties prefer to continue sentencing to a date following the trial.

The parties further stipulate and request that the deadlines set for informal objections to the Probation Office and formal objections to the Court be reset in accordance with the continued sentencing date.

/ / /

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |

DATED: April 25, 2018        */s/ Megan T. Hopkins*
                             Megan T. Hopkins
                             Assistant Federal Defender
                             Attorney for Defendant
                             Martin Bahrami


                             McGREGOR W. SCOTT
                             United States Attorney


DATED: April 25, 2018        */s/ Henry Carbajal*
                             HENRY CARBAJAL
                             Assistant United States Attorney
                             Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated:  **April 25, 2018**            /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE