MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00045 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | DATE: October 21, 2019 |
| MARTIN BAHRAMI, | TIME: 8:30 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 18, 2019 at 8:30 a.m.

2. By this stipulation, the parties move to continue sentencing for defendant until **October 21, 2019 at 8:30 a.m.**

3. The parties request the continuance so that defendant Bahrami has adequate time to fulfill all of his obligations pursuant to his plea agreement. Sentencing in this matter has been trailing the trial schedule for co-defendants since Mr. Bahrami's change of plea on November 16, 2015. Trial is currently set for the co-defendants to begin on August 6, 2019, and therefore the

1

parties prefer to continue sentencing to a date following the trial.

4. The parties further stipulate and request that the deadlines set for informal objections to the Probation Office and formal objections to the Court be reset in accordance with the continued sentencing date.

IT IS SO STIPULATED.

DATED: January 24, 2019

        /s/ Henry Z. Carbajal III
        HENRY Z. CARBAJAL III
        Assistant United States Attorney

DATED: January 24, 2019

        /s/Megan T. Hopkins
        MEGAN T. HOPKINS
        Counsel for Defendant
        MARTIN BAHRAMI

**O R D E R**

So found.

IT IS SO ORDERED.

Dated: **January 24, 2019**       /s/ Lawrence J. O'Neill
                                                       UNITED STATES CHIEF DISTRICT JUDGE