HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARTIN BAHRAMI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARTIN BAHRAMI,<br><br>　　　　Defendant. | Case No. 1:15-cr-0045-LJO<br><br>**STIPULATION TO ADVANCE SENTENCING; ORDER**<br><br>Date: October 15, 2019<br>Time: 9:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, Assistant United States Attorney, HENRY CARBAJAL, counsel for plaintiff and Assistant Federal Defender, MEGAN T. HOPKINS, counsel for defendant, that the sentencing hearing set for October 21, 2019, be advanced to October 15, 2019 at 9:30 a.m.

Sentencing in this matter has been trailing the trial schedule for co-defendants since Mr. Bahrami's change of plea on November 16, 2015. As of the date of this stipulation, there are no remaining co-defendants scheduled for trial. Additionally, counsel for Mr. Bahrami has accepted a position with the Federal Defender's Office in Sacramento and is scheduled to begin working out of that office on October 21, 2019, and would therefore not be available to appear for sentencing in this matter in Fresno on that same date.

A presentence report has already been prepared in this matter and as such, the advancement of the sentencing date will not adversely affect the probation office. The parties are prepared to go forward with sentencing one week in advance to accommodate defense

counsel's request and ensure that Mr. Bahrami has continuity of counsel at his sentencing hearing.

The parties further request that sentencing be held at 9:30 a.m., or any time thereafter that the Court is available, in order to accommodate Mr. Bahrami and his family members who will be attending the hearing, all of whom reside in Turlock, CA[1].

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: August 19, 2019　　　　　　　　　　　　*/s/ Megan T. Hopkins*
Megan T. Hopkins
Assistant Federal Defender
Attorney for Defendant
Martin Bahrami

McGREGOR W. SCOTT
United States Attorney

DATED: August 19, 2019　　　　　　　　　　　　*/s/ Henry Carbajal*
HENRY CARBAJAL
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated: **August 21, 2019**　　　　　　　　　/s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

---

[1] Turlock, CA is more than 80 miles from the District Courthouse in Fresno, CA.