MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN BAHRAMI, and<br>NANI ISAAC,<br><br>Defendants. | CASE NO. 1:15-CR-00045-JLT-BAM<br><br>FINAL ORDER OF FORFEITURE AS TO 2208 GIANT OAK LANE, CERES, CALIFORNIA AND PERSONAL MONEY JUDGMENT AGAINST MARTIN BAHRAMI |

On October 13, 2016, and on or about October 29, 2019, the Court entered Preliminary Orders of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(2)(A), based upon the plea agreements entered into between plaintiff and defendants Martin Bahrami and Nani Isaac, forfeiting to the United States the following property:

    a. Real Property located at 2208 Giant Oak Lane, Ceres, Stanislaus County, California, APN: 069-036-067-000, and more fully described as follows:

    Lot 1, Block 6764, as shown on the Map of "Pinehurst South Unit No. 2" filed for record February 25, 2005, in Book 42 of Maps at Page 21 (Instrument #2005-0032548), in the official records of Stanislaus County, California, and

    b. A personal forfeiture money judgment against Martin Bahrami in the amount of $319,085.06.

Beginning on October 22, 2016, and again on January 22, 2020, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to

petition the Court within 60 days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 982(a)(2)(A), including all right, title, and interest of Martin Bahrami and Nani Isaac.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **March 28, 2025**

*[signature]*
UNITED STATES DISTRICT JUDGE